## EASTMAN *v.* CLARK.

Extrinsic evidence is admissible to show whether the identical matter in controversy has been determined by a former judgment.

Two actions between the same parties tried together.  One is a writ of entry, and the other trespass *qu. cl.* upon the same land.  Verdict for the plaintiff in both.  Exceptions by the defendant.

*Stickney* and *Wiggin & Fuller*, for the plaintiff.

*Wheeler*, for the defendant.

STANLEY, J.  The competency and effect of the record of the judgments received in evidence depended upon whether the controversy adjudicated therein was the same as in the present suits.  It was not necessary that this fact should appear from the record itself.  It might be shown by extrinsic evidence.  *Sanderson* v. *Peabody*, 58 N. H. 116; *Morgan* v. *Burr*, 58 N. H. 470.  If it was a question of fact, and the admissibility of the record depending upon it, the question might have been decided by the presiding justice at the trial.  But it was not error for the court to submit the question to the jury under proper instructions.  The instructions in this case were correct, and the exception is overruled.

*Judgment on the verdict.*

ALLEN, J., did not sit: the others concurred.